**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MOHAMEDOU OULD SLAHI,    :
           :
    Petitioner,   :
           :
  v.        : Civil Action No. 05-0569 (JR)
           :
BARACK OBAMA, *et al.*,   :
           :
    Respondents.  :

## ORDER

Upon review of Petitioner's corrected motion for discovery, Respondents' opposition, and Petitioner's reply, requests 15 and 18 are **granted**, requests 1-4, 6-8, 10-12, 16-17, and 20-23 are **denied**, and requests 5, 9, 13-14, and 19 are **denied without prejudice** to a further motion filed with or after Petitioner's traverse, showing that, for specified reasons, Petitioner cannot present facts essential to justify his traverse.

It is **SO ORDERED.**


          JAMES ROBERTSON
       United States District Judge